# LAW OFFICE OF MAURICE J. VERRILLO, P.C.
ATTORNEYS AND COUNSELORS AT LAW

**MAURICE J. VERRILLO, ESQ.**
**LUCY A. BRADO, ESQ.**

MAGGIE C. MALOY, LEGAL ASSISTANT
SONYA E. VERRILLO, OFFICE MANAGER

Website: www.verrillolaw.com

3300 Monroe Avenue, Suite 301
Rochester, NY 14618

Phone: (585) 232-2640
Fax: (585) 232-2647

E-mail: office@verrillolaw.com

January 30, 2019

Ms. Catherine O'Hagan Wolfe
Clerk of the Court
Thurgood Marshall United
States Courthouse
40 Foley Square
New York, New York 10007

Re: U.S. v. Colin Montague
    #18-2975

Dear Ms. O'Hagan Wolfe:

I represent Colin Montague in the above-referenced appeal. This letter shall constitute a further status report concerning the remaining transcripts and my request relative to the scheduling order.

I recently received the final remaining transcripts. The last transcript with revisions was submitted to me on January 18th. This appears to be all of the transcripts that I require relative to the appeal.

Mr. Montague is the alleged ringleader of a major drug operation. This case has been previously designated as a Mega case by the lower court. Mr. Montague is the lone defendant appealing his conviction. My client is presently located in a maximum security prison in Pennsylvania. My client has been severely restricted in his ability to communicate with me, has a very rigid and structured daily schedule, and has not received most of the seven boxes of records that he left with me prior to his departure to federal prison. I have restrictions as to the amount of materials that I can send to Mr. Montague at a time, which likely means that it will take a few months for me to send him his remaining records. I have very limited contact with my client, emails are not privileged, and his facility is regularly in lock down mode further limiting his ability to contact with me. It is anticipated that I will need to visit him on multiple occasions in order to completely and effectively perfect his appeal.

The trial was approximately seven weeks, culminating in approximately 4000 pages of transcripts. Although I have begun reading the trial transcripts, I have substantial work remaining to complete my review of the trial transcripts. Pertinent records, pre-trial and post-trial transcripts easily constitute another 1500 pages of materials, or in excess of 5500 pages of materials. My client is very adamant about his innocence and wishes to fully and completely participate in every phase of his case, including the perfection of this appeal. There are many issues to brief on Mr. Montague's behalf. He is a 63 year old gentleman who faces a life in prison sentence along with potential deportation to Jamaica as a consequence of his conviction.

In light of these particular circumstances, I am respectfully requesting that Mr. Montague have until January 30, 2020 to perfect his appeal. I understand that the Court will not grant any further adjournment of this scheduling order as a term of this request.

Thank you for your consideration.

Very truly yours,

*Maurice Verrillo*

Maurice J. Verrillo

PLEASE NOTE NEW ADDRESS